UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN HYATT,

      Plaintiff,

v.                                         CASE NO. 8:22-cv-1188-SDM-JSS

LLOYD J. AUSTIN, III, et al.,

      Defendants.
_____/

## **ORDER**

Recognizing that John Hyatt "impermissibly splits his claims between" this action and a related class action, *Colonel Financial Management Officer v. Austin*, 8:22-cv-1275-SDM-TGW, an October 26, 2022 order (Doc. 66) directs Hyatt not later than November 8, 2022, to "explain why an order should not dismiss this action and permit Hyatt to pursue his claims in the class action only." Although the deadline elapsed, no response appears. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. The clerk must terminate each pending motion and close the case.

ORDERED in Tampa, Florida, on November 9, 2022.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE